**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO.
                                           3:98CR00121 (JCH)

JUAN NAVARRO,
      Defendant.

                                           MARCH 28, 2008

**ORDER TO SHOW CAUSE**

The Defendant is hereby ORDERED to SHOW CAUSE, by April 15, 2008, why the defendant ought to be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and 994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The court has reviewed a supplemental Presentence Report prepared by the Probation Office that suggests the defendant is ineligible because the Amendment does not lower the applicable guideline range, U.S.S.G. 1B1.10, comment. (n.1.(A)).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 28th day of March, 2008.

                                                     /S/ Janet C. Hall
                                                     Janet C. Hall
                                                     United States District Court